**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-1094**

---

STARSHA SEWELL,

      Plaintiff - Appellant,

      v.

FIDELITY NATIONAL FINANCIAL, in care of Chicago Title Insurance Company, Milestone Title, LLC; CHICAGO TITLE INSURANCE COMPANY; MILESTONE TITLE, LLC,

      Defendants - Appellees.

---

**No. 18-1103**

---

STARSHA M. SEWELL,

      Plaintiff - Appellant,

      v.

FIDELITY NATIONAL FINANCIAL, in care of Chicago Title Insurance Company,

      Defendant - Appellee.

---

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:15-cv-03077-PWG; 8:15-cv-03392-PWG)

---

Submitted:  May 29, 2018                    Decided:  May 31, 2018

_____

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Starsha M. Sewell, Appellant Pro Se.   Michael William Tompkins, FIDELITY NATIONAL LAW GROUP, Vienna, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In each of these cases, which were consolidated on appeal, Starsha M. Sewell appeals the district court's order, entered in accordance with a prefiling injunction, striking her motion to reopen and ordering the motion stricken from the district court's docket. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Fidelity Nat'l Fin. Inc.*, Nos. 8:15-cv-03077-PWG, 8:15-cv-03392-PWG (D. Md. Jan. 12, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*